IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jose Uriostegui Torres,<br><br>　　　　　　　　　Petitioner,<br><br>vs.<br><br>Pamela Bondi, Attorney General et al.,<br><br>　　　　　　　　　Defendants. | Case No. 0:26-cv-00696-DMT-EMB |

## ORDER TO DISMISS PETITION WITHOUT PREJUDICE

[¶ 1]　THIS MATTER comes before the Court upon Plaintiff's Notice of Voluntary Dismissal filed on January 27, 2026. Doc. No. 3.

[¶ 2]　Upon consideration, it is **ORDERED** that the Emergency Petition (Doc. No. 1) is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Parties will bear their own costs.

[¶ 3]　**IT IS SO ORDERED.**

　　　DATED January 27, 2026.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Daniel M. Traynor
　　　　　　　　　　　　　　　　　　　　　　Daniel M. Traynor, District Judge
　　　　　　　　　　　　　　　　　　　　　　United States District Court